UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LAUREN S. KRUSKALL

v.                                           CIVIL ACTION NO. 15-11780-DJC

SALLIE MAE SERVICE, INC., ET AL

### ORDER TO SHOW CAUSE

CASPER, D.J.

    Deadline for filing opposition to defendant's motion to dismiss was April 26, 20126. Plaintiff has failed to file opposition by this deadline. Accordingly, plaintiff has until May 31, 2016 to show cause why this case should not be dismissed and file any opposition to the pending motion. Failure to do so may result in immediate dismissal of this case.

April 29, 2016

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LAUREN S. KRUSKALL

v.                                                           CIVIL ACTION NO. 15-11780-DJC

SALLIE MAE SERVICE, INC., ET AL

### ORDER TO SHOW CAUSE

CASPER, D.J.

Deadline for filing opposition to defendant's motion to dismiss was April 26, 20126. Plaintiff has failed to file opposition by this deadline. Accordingly, plaintiff has until May 31, 2016 to show cause why this case should not be dismissed and file any opposition to the pending motion. Failure to do so may result in immediate dismissal of this case.

April 29, 2016

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk