**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **LAUREN S. KRUSKALL,** | ) ) ) | |
| Plaintiff, | ) ) | **Civil Action No. 15-11780-DJC** |
| v. | ) ) | |
| **SALLIE MAE SERVICE, INC., ET AL,** | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**CASPER, J.**                                                                                                June 2, 2016

In an order dated April 29, 2016 (D. 30), the Court directed the plaintiff to show cause why this action should not be dismissed and file any opposition to the pending motion to dismiss. The Court stated that failure to comply with the directive by May 31, 2016 would result in dismissal of the action without prejudice.

The time period for complying with the Court's order has expired without any response from the plaintiff. Accordingly, this case is dismissed without prejudice for failure to comply with the Court's order.

**So ordered.**

                                                                                     /s/ Denise J. Casper
                                                                                     United States District Judge